United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OVIDIO ALBERTO CARCAMO LOZANO, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-3294 |
| WARDEN, JOE CORLEY PROCESSING CENTER, *et al.* | § § § § | |
| Respondents. | § | |

## **ORDER**

The petitioner's counsel is **ORDERED** to file a status report within five days of the date of this order and inform the Court whether the petitioner is still in custody.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____ June 5 _____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE