United States District Court
Southern District of Texas
**ENTERED**
September 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OVIDIO ALBERTO CARCAMO LOZANO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-3294 |
| | § | |
| WARDEN, JOE CORLEY PROCESSING CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner filed this habeas action challenging his immigration detention (Dkt. 1). On June 5, 2026 the Court ordered petitioner's counsel to file a status report within five days of the date of this order and inform the Court whether the petitioner was still in custody (Dkt. 4). To date, the petitioner has not responded or filed any other document in this case. Public online records indicate that the petitioner is no longer in immigration custody.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). Relief from

this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure.

The Court **ORDERS** that this case is **DISMISSED without prejudice**. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on September 3, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE